UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA

IN RE:                                    )
                                          )
**Jimmy's Barber and Style Shop LLC**     )
                                          )     CASE NO. **17-03204-DSC7**
                                          )
         Debtor(s)                        )

**REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002(g)**

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent:

    NextGear Capital, Inc.
    ATTN: Kathryn Benfield
    1320 City Center Drive, Suite 100
    Carmel, IN 46032

Dated: 8/1/17            By: _____
                             Creditor/Representative Signature

                             _____Kathryn Benfield_____
                             Creditor/Representative Printed

Dealer #87270